IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A., and DOW PHARMACEUTICAL SCIENCES, INC., | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:16-cv-02497-N |
| v. | § § | |
| SEEGPHARM S.A., | § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered the Stipulation for Dismissal Without Prejudice, the Court hereby ORDERS that this action is DISMISSED WITHOUT PREJUDICE. The parties shall each bear their own costs and attorneys' fees incurred in this action. This Court shall retain jurisdiction over this action for the purposes of enforcing the parties' settlement agreement.

SIGNED January 20, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT
AND ENTRY REQUESTED BY:

| | |
|---|---|
| */s/ Jamil N. Alibhai* | */s/ Tonya M. Gray* |
| Michael C. Wilson | Tonya M. Gray |
| Texas Bar No. 21704590 | Texas Bar No. 24012726 |
| mwilson@munckwilson.com | tonyagray@andrewskurth.com |
| Jamil N. Alibhai | ANDREWS KURTH KENYON LLP |
| Texas Bar No. 00793248 | 1717 Main Street, Suite 3700 |
| jalibhai@munckwilson.com | Dallas, Texas 75201 |
| Munck Wilson Mandala, LLP | Telephone: (214) 659-4400 |
| 600 Banner Place | Facsimile: (214) 659-4401 |
| 12770 Coit Road | |
| Dallas, Texas 75251 | Stephen R. Auten (*pro hac vice*) |
| Telephone: (972) 628-3600 | Illinois Bar No. 6242454 |
| Facsimile: (972) 628-3616 | sauten@taftlaw.com |
| | Richard Ruzich (*pro hac vice*) |
| **ATTORNEYS FOR PLAINTIFFS** | Illinois Bar No. 6238004 |
| **GALDERMA LABORATORIES, L.P.,** | rruzich@taftlaw.com |
| **GALDERMA S.A., AND DOW** | Brian P. Murray (*pro hac vice*) |
| **PHARMACEUTICAL SCIENCES, INC.** | Illinois Bar No. 6305864 |
| | bmurray@taftlaw.com |
| | TAFT STETTINIUS & HOLLISTER LLP |
| | 111 E. Wacker Drive, Suite 23800 |
| | Chicago, Illinois 60601-3713 |
| | Telephone: (312) 627-4000 |
| | Facsimile: (312) 966-8551 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **SEEGPHARM S.A.** |